## UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA

The City of Seattle, et al.

**Plaintiff(s)**

vs.        Case No.: 3:19-cv-07151

Department of Homeland Security, et al.

**Defendant(s)**

### AFFIDAVIT OF SERVICE

I, Luiz Pimentel, a Private Process Server, being duly sworn, depose and say:

That I have been duly authorized to make service of the Letter dated November 7, 2019, Certification of Interested Entities or Persons, Application for Admission of Attorney Pro Hac Vice for Luc W. M. Mitchell, Application for Admission of Attorney Pro Hac Vice for Nicholas E. Rodriguez, Application for Admission of Attorney Pro Hac Vice for Niketa K. Patel, Application for Admission of Attorney Pro Hac Vice for Lauren R. Goldman, Application for Admission of Attorney Pro Hac Vice for Matthew D. Ingber, Notice of Appearance, Consent or Declination to Magistrate Judge Jurisdiction, Certificate of Good Standing of Niyati Shah, and Application for Admission of Attorney Pro Hac Vice for Niyati Shah in the above entitled case.

That I am over the age of eighteen years and not a party to or otherwise interested in this action.

That on 11/07/2019 at 1:15 PM, I served U.S. Attorney's Office for the Northern District of California with the Letter dated November 7, 2019, Certification of Interested Entities or Persons, Application for Admission of Attorney Pro Hac Vice for Luc W. M. Mitchell, Application for Admission of Attorney Pro Hac Vice for Nicholas E. Rodriguez, Application for Admission of Attorney Pro Hac Vice for Niketa K. Patel, Application for Admission of Attorney Pro Hac Vice for Lauren R. Goldman, Application for Admission of Attorney Pro Hac Vice for Matthew D. Ingber, Notice of Appearance, Consent or Declination to Magistrate Judge Jurisdiction, Certificate of Good Standing of Niyati Shah, and Application for Admission of Attorney Pro Hac Vice for Niyati Shah at Federal Courthouse, 450 Golden Gate Avenue, 11th Floor, San Francisco, California 94102 by serving Sophia M. Nguyen, Administrative Assistant, authorized to accept service.

Sophia M. Nguyen is described herein as:

Gender: Female   Race/Skin: Asian   Age: 50's   Weight: 140   Height: 5'6"   Hair: Brown   Glasses: No

I declare under penalty of perjury that this information is true and correct.

Executed On 11/08/19

Luiz Pimentel

Client Ref Number: 19620729
Job #: 1570402

Capitol Process Services, Inc. | 1827 18th Street, NW, Washington, DC 20009 | (202) 667-0050