JOSEPH H. HUNT
Assistant Attorney General
BRIGHAM J. BOWEN
Assistant Branch Director
JULIE STRAUS HARRIS (DC Bar No. 1021928)
CHARLES E.T. ROBERTS (PA Bar No. 326539)
Trial Attorneys
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street NW
Washington, DC 20530
Phone: (202) 353-7633
Fax: (202) 616-8470
Email: julie.strausharris@usdoj.gov

*Attorneys for Defendants*

# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| THE CITY OF SEATTLE, IMMIGRANT LEGAL RESOURCE CENTER, CATHOLIC LEGAL IMMIGRATION NETWORK, INC., SELF-HELP FOR THE ELDERLY, ONEAMERICA, and CENTRAL AMERICAN RESOURCE CENTER OF CALIFORNIA,<br><br>Plaintiffs,<br><br>v.<br><br>DEPARTMENT OF HOMELAND SECURITY, CHAD WOLF, KENNETH CUCCINELLI, and UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES,<br><br>Defendants. | Case No. 3:19-cv-07151-MMC<br><br>**NOTICE OF CORRECTION** |

In Defendants' Notice of Publication in Federal Register, ECF No. 47 (Notice), filed November 19, 2019, Defendants noted the substitution of Chad Wolf and Mark Koumans for Kevin McAleenan and Kenneth Cuccinelli, respectively, as defendants in this case pursuant to Rule 25(d) of the Federal Rules of Civil Procedure. *See* ECF No. 47, n.1. Subsequent to filing the Notice, undersigned counsel were advised

1  that, at the time the Notice was filed, although Mr. Cuccinelli had already assumed service as Senior Official

2  Performing the Duties of the Deputy Secretary of Homeland Security (effective November 17, 2019), he

3  continued to hold the title of Acting Director, USCIS, and Mr. Koumans remained Deputy Director, USCIS.

4  Accordingly, Mr. Cuccinelli, in his official capacity as Acting Director, USCIS, remains the proper named

5  party, and Defendants respectfully request that the Clerk of Court disregard Defendants' substitution of Mr.

6  Koumans for Mr. Cuccinelli as defendant in this case.

7

8  Dated:  November 25, 2019                              Respectfully submitted,

9                                                        JOSEPH H. HUNT
10                                                       Assistant Attorney General

11                                                       BRIGHAM J. BOWEN
                                                         Assistant Branch Director
12                                                       Federal Programs Branch

13                                                        _/s/ Julie Straus Harris_
                                                         JULIE STRAUS HARRIS
14                                                       DC Bar No. 1021298
                                                         CHARLES E.T. ROBERTS
15                                                       PA Bar No. 326539
                                                         Trial Attorneys
16                                                       U.S. Department of Justice
                                                         Civil Division, Federal Programs Branch
17                                                       1100 L Street NW
18                                                       Washington, DC 20530
                                                         Tel: (202) 353-7633
19                                                       Fax: (202) 616-8470
                                                         Email: julie.strausharris@usdoj.gov
20

21                                                       _Attorneys for Defendants_

22

23

24

25

26

27

28

1

## CERTIFICATE OF SERVICE

2    I hereby certify that on the 25th day of November, 2019, I electronically transmitted the foregoing

3    document to the Clerk of Court using the ECF System for filing.

4                                                    */s/ Julie Straus Harris*
                                                  JULIE STRAUS HARRIS
5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28