J. Carl Cecere (*pro hac vice* admission pending)
ccecere@cecerepc.com
CECERE PC
6035 McCommas Blvd
Dallas, TX 75206-5721
Telephone: 469-600-9455

Randolph Gaw (CA Bar No. 223718)
rgaw@gawpoe.com
Mark Poe (CA Bar No. 223714)
mpoe@gawpoe.com
GAW | POE LLP
4 Embarcadero Ctr., Suite 1400
San Francisco, CA 94111-4164
Telephone: 415-745-3308
Fax: 415-737-0642
Attorneys for Amicus Curiae Morton Rosenberg

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| THE CITY OF SEATTLE, et al., <br><br> Plaintiffs, <br><br> v. <br><br> DEPARTMENT OF HOMELAND SECURITY, et al. <br><br> Defendants. | Case No. 3:19-cv-07151-MMC <br><br> **[PROPOSED] ORDER GRANTING REQUEST FOR LEAVE TO FILE BRIEF OF AMICUS CURIAE MORTON ROSENBERG** |

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

[PROPOSED] ORDER

On December 6, 2019, Amicus Curiae Morton Rosenberg filed a request for leave to file a brief as amicus curiae in support of Plaintiffs' motion for preliminary injunction. Having considered the papers and pleadings on file, and good cause appearing, the Court GRANTS the request of Amicus Curiae Morton Rosenberg and ORDERS that the brief attached to the motion be filed on the docket in this matter.

IT IS SO ORDERED.

Dated: December 6, 2019

_____
The Honorable Maxine M. Chesney
United States District Judge