UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

The City of Seattle, et al.,

Plaintiff(s),

v.

Department of Homeland Security, et al.,

Defendant(s).

Case No: 3:19-cv-07151

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**
(CIVIL LOCAL RULE 11-3)

I, Maura K. McDevitt, an active member in good standing of the bar of New York, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: Plaintiffs in the above-entitled action. My local co-counsel in this case is Lee H. Rubin, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California. Co-counsel's California State Bar Number is: 141331

| My Address of Record: | Local Co-Counsel's Address of Record: |
|---|---|
| Mayer Brown LLP<br>1221 Avenue of the Americas<br>New York, NY 10020 | Mayer Brown LLP<br>Two Palo Alto Square, Suite 300<br>Palo Alto, CA 94306 |
| My Telephone # of Record:<br>(212) 506-2347 | Local Co-Counsel's Telephone # of Record:<br>(650) 331-2037 |
| My Email Address of Record:<br>mmcdevitt@mayerbrown.com | Local Co-Counsel's Email Address of Record:<br>lrubin@mayerbrown.com |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 5423819.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct.*

Dated: 11/19/2019

/s/ Maura K. McDevitt
APPLICANT

**ORDER GRANTING APPLICATION
FOR ADMISSION OF ATTORNEY PRO HAC VICE**

IT IS HEREBY ORDERED THAT the application of Maura K. McDevitt is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: December 10, 2019

UNITED STATES DISTRICT/~~MAGISTRATE~~ JUDGE