JOSEPH H. HUNT
Assistant Attorney General
BRIGHAM J. BOWEN
Assistant Branch Director
JULIE STRAUS HARRIS (DC Bar No. 1021928)
CHARLES E.T. ROBERTS (PA Bar No. 326539)
Trial Attorneys
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street NW
Washington, DC 20530
Phone: (202) 353-7633
Fax: (202) 616-8470
Email: julie.strausharris@usdoj.gov

*Attorneys for Defendants*

MAYER BROWN LLP
Lauren R. Goldman (N.Y. Bar No. 2952422)
Matthew D. Ingber (N.Y. Bar No. 2964666)
Niketa K. Patel (N.Y. Bar No. 5314380)
1221 Avenue of the Americas
New York, New York 10020
Telephone: (212) 506-2500
Facsimile: (212) 849-5973
lgoldman@mayerbrown.com
mingber@mayerbrown.com
npatel@mayerbrown.com

*Attorneys for Plaintiffs*
(Additional counsel listed on signature page)

## UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| THE CITY OF SEATTLE, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>DEPARTMENT OF HOMELAND SECURITY, *et al.*,<br><br>Defendants. | Case No. 3:19-cv-07151-MMC<br><br>**STIPULATED REQUEST FOR ORDER CHANGING TIME: [PROPOSED] ORDER** |

Subject to the Court's approval and pursuant to Local Rule 6-2, the parties through their undersigned counsel of record HEREBY STIPULATE as follows:

1. Defendants' response to the Amended Complaint is due on February 7, 2020.

2. The initial case management conference is scheduled for February 28, 2020 at 10:30 a.m. PST.

3. For the reasons set forth in the accompanying Declaration of Julie Straus Harris, the parties request that Defendants file their response to the Amended Complaint by February 21, 2020.

4. For the reasons set forth in the accompanying Declaration of Julie Straus Harris, the parties also request that the Court issue an amended scheduling order rescheduling the initial Case Management Conference (and accompanying deadlines) to March 6, 2020 at 10:30 a.m. PST.

Dated:  February 6, 2020

Respectfully submitted,

JOSEPH H. HUNT
Assistant Attorney General

BRIGHAM J. BOWEN
Assistant Branch Director
Federal Programs Branch

 _/s/ Julie Straus Harris_
JULIE STRAUS HARRIS
DC Bar No. 1021298
CHARLES E.T. ROBERTS
PA Bar No. 326539
Trial Attorneys
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street NW
Washington, DC 20530
Tel: (202) 353-7633
Fax: (202) 616-8470
Email: julie.strausharris@usdoj.gov

*Attorneys for Defendants*

MAYER BROWN LLP

Lauren R. Goldman (*pro hac vice*)
Matthew D. Ingber (*pro hac vice*)
Niketa K. Patel (*pro hac vice*)
Maura K. McDevitt (*pro hac vice*)

1

Nicolas E. Rodriguez (*pro hac vice*)
Luc W. M. Mitchell (*pro hac vice*)

2

mingber@mayerbrown.com
lgoldman@mayerbrown.com

3

npatel@mayerbrown.com
mmcdevitt@mayerbrown.com

4

nerodriguez@mayerbrown.com
lmitchell@mayerbrown.com

5

1221 Avenue of the Americas

6

New York, New York 10020-1001
Telephone: (212) 506-2500

7

Facsimile: (212) 849-5973
Lee H. Rubin (CA Bar No. 141331)

8

lrubin@mayerbrown.com
Two Palo Alto Square, Suite 300

9

Palo Alto, California 94306
Telephone: (650) 331-2037

10

Facsimile: (650) 331-4537

11

PROTECT DEMOCRACY PROJECT

12

By: ____/s/ Jamila Benkato____

13

Jamila Benkato (CA Bar No. 313646)
jamila.benkato@protectdemocracy.org

14

2020 Pennsylvania Avenue, Suite 163
Washington, D.C. 20006

15

Telephone: (202) 579-4582
Facsimile: (929) 777-8428

16

17

Jessica Marsden (*pro hac vice*)
jess.marsden@protectdemocracy.org

18

510 Meadowmont Village Circle, No. 328
Chapel Hill, North Carolina 27517

19

Telephone: (202) 579-4582
Facsimile: (929) 777-8428

20

21

Benjamin Berwick (*pro hac vice*)
ben.berwick@protectdemocracy.org

22

15 Main St., Suite 312
Watertown, Massachusetts 02472

23

Telephone: (202) 579-4582
Facsimile: (929) 777-8428

24

25

Rachel Goodman*
rachel.goodman@protectdemocracy.org

26

115 Broadway, 5th Floor
New York, New York 10006

27

Telephone: (202) 579-4582
Facsimile: (929) 777-8428

28

ASIAN AMERICANS ADVANCING
JUSTICE | AAJC

Niyati Shah (*pro hac vice*)
Marita Etcubanez*
nshah@advancingjustice-aajc.org
metcubanez@advancingjustice-aajc.org
1620 L Street, NW, Suite 1050
Washington, D.C. 20036
Telephone: (202) 815-1098
Facsimile: (202) 296-2318

PETER S. HOLMES
Seattle City Attorney

Erica R. Franklin*
Assistant City Attorney
erica.franklin@seattle.gov
Seattle City Attorney's Office
701 Fifth Avenue, Suite 2050
Seattle, Washington 98104
Telephone: (206) 684-8200
Facsimile: (206) 684-8284

*Attorneys for Plaintiffs*

## LOCAL RULE 5-1(i) ATTESTATION

I attest that I have obtained Jamila Benkato's concurrence in the filing of this document.

        */s/ Julie Straus Harris*
        JULIE STRAUS HARRIS

1

**[PROPOSED] ORDER**

2
    PURSUANT TO STIPULATION, IT IS SO ORDERED.  This case shall proceed pursuant to the

3
following schedule:

4
    a.      Defendants' response to the Amended Complaint shall be due February 21, 2020.

5
    b.      The Case Management Conference shall be held on March 6, 2020 at 10:30 a.m. PST.

6

7
Date: _____

8
                                    _____
                                    HONORABLE MAXINE M. CHESNEY
                                    United States District Judge

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28