JOSEPH H. HUNT
Assistant Attorney General
BRIGHAM J. BOWEN
Assistant Branch Director
JULIE STRAUS HARRIS (DC Bar No. 1021928)
CHARLES E.T. ROBERTS (PA Bar No. 326539)
Trial Attorneys
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street NW
Washington, DC 20530
Phone: (202) 353-7633
Fax: (202) 616-8470
Email: julie.strausharris@usdoj.gov

*Attorneys for Defendants*

**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| THE CITY OF SEATTLE, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>DEPARTMENT OF HOMELAND SECURITY, *et al.*,<br><br>Defendants. | Case No. 3:19-cv-07151-MMC<br><br>**DECLARATION OF**<br>**JULIE STRAUS HARRIS** |

I, Julie Straus Harris, declare as follows:

1. On October 29, 2019, Plaintiffs filed a Complaint for Declaratory and Injunctive Relief, *see* ECF No. 1, and, on November 6, 2019, Plaintiffs filed an Amended Complaint for Declaratory and Injunctive Relief, *see* ECF No. 24. On November 7, 2019, Plaintiffs served their Amended Complaint on the United States Attorney for the Northern District of California. *See* ECF No. 33. Pursuant to Federal Rule of Civil Procedure 15(a)(3), Defendants' response to the Amended Complaint was due to be filed by January 7, 2020.

2. On November 18, 2019, the Court entered the Case Management Conference Order, ECF No. 46, ordering the parties to appear for a Case Management Conference on Friday, January 31, 2020 at 10:30 a.m.

3. On December 11, 2019, the Court entered an order enjoining, on a nationwide basis, the implementation of enforcement the 2019 Fee Waiver Revisions challenged by Plaintiffs in this case.[1] *See* ECF No. 65 ("Preliminary Injunction Order").

4. On December 30, 2019, following a stipulation by the parties, the Court entered an order resetting the deadline for Defendants to respond to the Amended Complaint for February 7, 2020, and resetting the date for the Case Management Conference for February 28, 2020 at 10:30 a.m. PST.

5. Defendants request a two-week enlargement of time to respond to the Amended Complaint, until February 21, 2020. Defendants make this request for the following reasons:

    a. The parties are in the process of working together to determine whether to jointly seek a stay of the case during the pendency of a related rulemaking currently in process at USCIS. *See* ECF No. 47. Although the parties have endeavored to conclude their discussions in advance of the February 7, 2020 answer deadline, the process remains ongoing.

---

[1] The 2019 Fee Waiver Revisions challenged by Plaintiffs and preliminarily enjoined by the Court consist of the changes to the process and criteria for requesting fee waivers from USCIS for the costs of immigration benefit applications and petitions announced by USCIS in the October 25, 2019 news release available at https://www.uscis.gov/news/news-releases/uscisupdates-fee-waiver-requirements (last visited December 10, 2019) and reflected in the October 24, 2019 version of the USCIS Form I-912, Request for Fee Waiver, *see* ECF No. 24-1 at 61–69; and the October 25, 2019 USCIS Policy Alert, *see* ECF No. 24-1 at 71, and the revisions described therein to the USCIS Policy Manual Volume 1: General Policies and Procedures, Part B, Submission of Benefit Requests, Chapter 3, Fees and Chapter 4, Fee Waivers that were issued on October 25, 2019, and took effect on December 2, 2019, *see* ECF No. 24-1 at 83–98.

      b. An extension of two weeks is additionally necessary because, should the parties agree to jointly seek a stay, two weeks will allow the parties time to prepare the request for the Court and allow the Court an opportunity to rule on the request in advance of the answer deadline.

6. Defendants additionally request a one-week continuance of the Case Management Conference, until Friday, March 6, 2020. Defendants make this request for the reasons stated in paragraph 4, *supra*. Because, under the proposed enlarged schedule, the Case Management Conference would occur just one week after Defendants have filed their initial responsive pleading, Defendants respectfully submit that the parties will be better able to prepare the required Joint Case Management Statement, which is due seven days prior to the Case Management Conference, *see* ECF No. 46, after Defendants have responded to the Amended Complaint.

7. Plaintiffs consent to Defendants' request for an enlargement of time and to Defendants' request for a continuance of the Case Management Conference. Defendants have requested an enlargement of time on one prior occasion and also with consent of Plaintiffs.

8. This enlargement of time would affect the deadlines set forth in the Court's November 18, 2019 order, including the Case Management Conference and the deadline for submitting the joint case management statement.

9. I declare under penalty of perjury that the foregoing is true and correct.

Executed in Washington, D.C. on February 6, 2020.

                                                /s/ Julie Straus Harris
JULIE STRAUS HARRIS
DC Bar No. 1021298
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street NW
Washington, DC 20530
Tel: (202) 353-7633
Fax: (202) 616-8470
Email: julie.strausharris@usdoj.gov

*Attorney for Defendants*