JOSEPH H. HUNT
Assistant Attorney General
BRIGHAM J. BOWEN
Assistant Branch Director
JULIE STRAUS HARRIS (DC Bar No. 1021928)
CHARLES E.T. ROBERTS (PA Bar No. 326539)
Trial Attorneys
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street NW
Washington, DC 20530
Phone: (202) 353-7633
Fax: (202) 616-8470
Email: julie.strausharris@usdoj.gov

*Attorneys for Defendants*

MAYER BROWN LLP
Lauren R. Goldman (N.Y. Bar No. 2952422)
Matthew D. Ingber (N.Y. Bar No. 2964666)
Niketa K. Patel (N.Y. Bar No. 5314380)
1221 Avenue of the Americas
New York, New York 10020
Telephone: (212) 506-2500
Facsimile: (212) 849-5973
lgoldman@mayerbrown.com
mingber@mayerbrown.com
npatel@mayerbrown.com

*Attorneys for Plaintiffs*
(Additional counsel listed on signature page)

**UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION**

| | |
|---|---|
| THE CITY OF SEATTLE, *et al.*, | Case No. 3:19-cv-07151-MMC |
| Plaintiffs, | |
| v. | **STIPULATED REQUEST TO HOLD CASE IN ABEYANCE; [PROPOSED] ORDER** |
| DEPARTMENT OF HOMELAND SECURITY, *et al.*, | |
| Defendants. | |

Subject to the Court's approval and pursuant to Local Rule 7-12, the parties through their undersigned counsel of record HEREBY STIPULATE as follows:

1. For the reasons set forth in the accompanying Declaration of Julie Straus Harris, the parties request that this case be stayed, and all proceedings held in abeyance, pending the completion of the proposed rulemaking by U.S. Citizenship and Immigration Services (USCIS) announced in U.S. Citizenship and Immigration Services Fee Schedule and Changes to Certain Other Immigration Benefit Request Requirements, 84 Fed. Reg. 62,280 (Nov. 14, 2019) ("Proposed Rule"), *see* ECF No. 47.

2. For the reasons set forth in the accompanying Declaration of Julie Straus Harris, the parties request that they be permitted to file a joint status report within two weeks of the publication in the Federal Register of a Final Rule, or other notice indicating the conclusion of USCIS's decisionmaking process, regarding the Proposed Rule, indicating whether this case and all proceedings should continue to be held in abeyance or proposing a schedule for continuing the litigation.

Dated: February 7, 2020

Respectfully submitted,

JOSEPH H. HUNT
Assistant Attorney General

BRIGHAM J. BOWEN
Assistant Branch Director
Federal Programs Branch

 /s/ Julie Straus Harris 
JULIE STRAUS HARRIS
DC Bar No. 1021298
CHARLES E.T. ROBERTS
PA Bar No. 326539
Trial Attorneys
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street NW
Washington, DC 20530
Tel: (202) 353-7633
Fax: (202) 616-8470
Email: julie.strausharris@usdoj.gov

*Attorneys for Defendants*

MAYER BROWN LLP

Lauren R. Goldman (*pro hac vice*)
Matthew D. Ingber (*pro hac vice*)
Niketa K. Patel (*pro hac vice*)
Maura K. McDevitt (*pro hac vice*)
Nicolas E. Rodriguez (*pro hac vice*)
Luc W. M. Mitchell (*pro hac vice*)
mingber@mayerbrown.com
lgoldman@mayerbrown.com
npatel@mayerbrown.com
mmcdevitt@mayerbrown.com
nerodriguez@mayerbrown.com
lmitchell@mayerbrown.com
1221 Avenue of the Americas
New York, New York 10020-1001
Telephone: (212) 506-2500
Facsimile: (212) 849-5973
Lee H. Rubin (CA Bar No. 141331)
lrubin@mayerbrown.com
Two Palo Alto Square, Suite 300
Palo Alto, California 94306
Telephone: (650) 331-2037
Facsimile: (650) 331-4537

PROTECT DEMOCRACY PROJECT

By: ____/s/ Jamila Benkato____
Jamila Benkato (CA Bar No. 313646)
jamila.benkato@protectdemocracy.org
2020 Pennsylvania Avenue, Suite 163
Washington, D.C. 20006
Telephone: (202) 579-4582
Facsimile: (929) 777-8428

Jessica Marsden (*pro hac vice*)
jess.marsden@protectdemocracy.org
510 Meadowmont Village Circle, No. 328
Chapel Hill, North Carolina 27517
Telephone: (202) 579-4582
Facsimile: (929) 777-8428

Benjamin Berwick (*pro hac vice*)
ben.berwick@protectdemocracy.org
15 Main St., Suite 312
Watertown, Massachusetts 02472
Telephone: (202) 579-4582
Facsimile: (929) 777-8428

Rachel Goodman*
rachel.goodman@protectdemocracy.org
115 Broadway, 5th Floor
New York, New York 10006
Telephone: (202) 579-4582
Facsimile: (929) 777-8428

ASIAN AMERICANS ADVANCING JUSTICE | AAJC

Niyati Shah (*pro hac vice*)
Marita Etcubanez*
nshah@advancingjustice-aajc.org
metcubanez@advancingjustice-aajc.org
1620 L Street, NW, Suite 1050
Washington, D.C. 20036
Telephone: (202) 815-1098
Facsimile: (202) 296-2318

PETER S. HOLMES
Seattle City Attorney

Erica R. Franklin*
Assistant City Attorney
erica.franklin@seattle.gov
Seattle City Attorney's Office
701 Fifth Avenue, Suite 2050
Seattle, Washington 98104
Telephone: (206) 684-8200
Facsimile: (206) 684-8284

*Attorneys for Plaintiffs*

**LOCAL RULE 5-1(i) ATTESTATION**

I attest that I have obtained Jamila Benkato's concurrence in the filing of this document.

      */s/ Julie Straus Harris*
           JULIE STRAUS HARRIS

**[PROPOSED] ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED. This case shall be stayed, and all proceedings held in abeyance, pending the completion of the proposed rulemaking by U.S. Citizenship and Immigration Services (USCIS) announced in U.S. Citizenship and Immigration Services Fee Schedule and Changes to Certain Other Immigration Benefit Request Requirements, 84 Fed. Reg. 62,280 (Nov. 14, 2019) ("Proposed Rule"), *see* ECF No. 47. Further, within two weeks of the publication in the Federal Register of a Final Rule, or other notice indicating the conclusion of USCIS's decisionmaking process, regarding the Proposed Rule, the parties shall file a joint status report indicating whether this case and all proceedings should continue to be held in abeyance or proposing a schedule for continuing the litigation.

Date: February 10, 2020

_____
HONORABLE MAXINE M. CHESNEY
United States District Judge