Jessica Marsden (*pro hac vice*)
jess.marsden@protectdemocracy.org
510 Meadowmont Village Cir., No. 328
Chapel Hill, North Carolina 27517
Telephone: (202) 579-4582
Facsimile: (929) 777-8428

*Attorney for Plaintiffs*
(Additional counsel listed on signature page)

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| THE CITY OF SEATTLE, IMMIGRANT LEGAL RESOURCE CENTER, CATHOLIC LEGAL IMMIGRATION NETWORK, INC., SELF-HELP FOR THE ELDERLY, ONEAMERICA, AND CENTRAL AMERICAN RESOURCE CENTER OF CALIFORNIA,<br><br>Plaintiffs,<br><br>vs.<br><br>DEPARTMENT OF HOMELAND SECURITY, CHAD WOLF, KENNETH CUCCINELLI, AND UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES,<br><br>Defendants. | Case No. 3:19-cv-07151-MMC<br><br>**JOINT STATUS REPORT;**<br>**ORDER EXTENDING STAY;**<br>**DIRECTIONS TO PARTIES** |

Plaintiffs the City of Seattle, Immigrant Legal Resource Center, Catholic Legal Immigration Network, Inc., Self-Help For The Elderly, OneAmerica, and Central American Resource Center of California (collectively, "Plaintiffs"), and Defendants the United States Department of Homeland Security ("DHS"), United States Citizenship and Immigration Services ("USCIS"), DHS Acting Secretary Chad Wolf, and DHS Senior Official Performing the Duties of the Deputy Secretary Kenneth Cuccinelli (collectively, "Defendants") respectfully submit this Joint Status Report pursuant to the Court's Order of August 17, 2020, ECF No. 84.  The parties report as follows:

1. On September 29, 2020, the United States District Court for the Northern District of California preliminarily enjoined and stayed the effective date of the proposed rulemaking announced at 84 Fed. Reg. 62,280 (Nov. 14, 2019) and published as a final rule at 85 Fed. Reg. 46,788 (Aug. 3, 2020).  *See* Order, *Immigrant Legal Resource Center v. Wolf*, No. 1:20-CV-5883 (JSW), ECF No. 98.  On October 8, 2020, the United States District Court for the District of Columbia also preliminarily enjoined and stayed the effective date of the final rule.  Order, *Northwest Immigrant Rights Project v. USCIS*, No. 1:19-CV-3283 (RDM) (Oct. 8, 2020), ECF No. 86.  Accordingly, Defendants currently have until November 30, 2020 and December 7, 2020 to decide whether to appeal the respective orders.  Fed. R. App. P. 4(a)(B).

2. Defendants have not made a decision whether to appeal either order at this time.  Because such a decision either way may have significant effects on this case, the parties request that this case continue to be stayed, all proceedings held in abeyance, and the preliminary injunction issued pursuant to this Court's Order on December 11, 2019 be extended, until February 15, 2021, and that the parties be permitted to file a joint status report on or before that date indicating whether this case and all proceedings should continue to be held in abeyance or proposing a schedule for continuing the litigation.

Case 3:19-cv-07151-MMC   Document 88   Filed 11/16/20   Page 3 of 5

Dated: November 16, 2020

Respectfully submitted,

By: */s/ Jessica Marsden*
Jessica Marsden (*pro hac vice*)
THE PROTECT DEMOCRACY PROJECT, INC.
jess.marsden@protectdemocracy.org
510 Meadowmont Village Cir., No. 328
Chapel Hill, North Carolina 27517
Telephone: (202) 579-4582
Facsimile: (929) 777-8428

Brittany M. Williams (*pro hac vice*)
THE PROTECT DEMOCRACY PROJECT, INC.
brittany.williams@protectdemocracy.org
1900 Market Street, 8th Floor
Philadelphia, PA 19103
Telephone: (202) 579-4582
Facsimile: (929) 777-8428

Benjamin Leon Berwick (*pro hac vice*)
THE PROTECT DEMOCRACY PROJECT, INC.
ben.berwick@protectdemocracy.org
15 Main St., Ste. 312
Watertown, MA 02472
Telephone: (202) 579-4582
Facsimile: (929) 777-8428

Rachel Goodman (*pro hac vice*)
THE PROTECT DEMOCRACY PROJECT, INC.
rachel.goodman@protectdemocracy.org
115 Broadway, 5th Fl.
New York, NY 10006
Telephone: (202) 579-4582
Facsimile: (929) 777-8428

Lauren R. Goldman (*pro hac vice*)
Matthew D. Ingber (*pro hac vice*)
Niketa K. Patel (*pro hac vice*)
Maura K. McDevitt (*pro hac vice*)
Nicolas E. Rodriguez (*pro hac vice*)
Luc W. M. Mitchell (*pro hac vice*)
MAYER BROWN LLP
mingber@mayerbrown.com
lgoldman@mayerbrown.com
npatel@mayerbrown.com
mmcdevitt@mayerbrown.com
nrodriguez@mayerbrown.com
lmitchell@mayerbrown.com

- 2 -

JOINT STATUS REPORT,
CASE NO. 3:19-CV-07151-MMC

1221 Avenue of the Americas
New York, New York 10020-1001
Telephone: (212) 506-2500
Facsimile: (212) 849-5973

Lee H. Rubin (CA Bar No. 141331)
MAYER BROWN LLP
lrubin@mayerbrown.com
Two Palo Alto Square, Suite 300
Palo Alto, California 94306
Telephone: (650) 331-2037
Facsimile: (650) 331-4537

Niyati Shah (*pro hac vice*)
Marita Etcubanez (*pro hac vice*)
ASIAN AMERICANS ADVANCING JUSTICE | AAJC
nshah@advancingjustice-aajc.org
metcubanez@advancingjustice-aajc.org
1620 L Street, NW, Suite 1050
Washington, D.C. 20036
Telephone: (202) 815-1098
Facsimile: (202) 296-2318

Erica R. Franklin, Assistant City Attorney (*pro hac vice*)
OFFICE OF THE SEATTLE CITY ATTORNEY
erica.franklin@seattle.gov
Seattle City Attorney's Office
701 Fifth Avenue, Suite 2050
Seattle, Washington 98104
Telephone: (206) 684-8200
Facsimile: (206) 684-8284

*Attorneys for Plaintiffs*

JEFFREY BOSSERT CLARK
Acting Assistant Attorney General

BRIGHAM J. BOWEN
Assistant Branch Director
Federal Programs Branch

/s/ *Kate Talmor*
KATE TALMOR
Member, MD Bar
JULIE STRAUS HARRIS
DC Bar No. 1021298
CHARLES E.T. ROBERTS
PA Bar No. 326539
Trial Attorneys
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street NW
Washington, DC 20530
Tel: (202) 353-7633
Fax: (202) 616-8470
EMAIL: KATE.TALMOR@USDOJ.GOV

**ORDER**

Good cause appearing, the stay is hereby EXTENDED to February 15, 2021, and the parties are hereby DIRECTED to file a Joint Status Report on or before that date.

Date: November 16, 2020

MAXINE M. CHESNEY
United States District Judge