BRIAN M. BOYNTON
Acting Assistant Attorney General
BRIGHAM J. BOWEN
Assistant Branch Director
JULIE STRAUS HARRIS (DC Bar No. 1021928)
Senior Trial Counsel
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street NW
Washington, DC 20530
Phone: (202) 353-7633
Fax: (202) 616-8470
Email: julie.strausharris@usdoj.gov

*Attorneys for Defendants*

Jessica Marsden (pro hac vice)
jess.marsden@protectdemocracy.org
510 Meadowmont Village Cir., No. 328
Chapel Hill, North Carolina 27517
Telephone: (202) 579-4582
Facsimile: (929) 777-8428

*Attorneys for Plaintiffs*

(Additional counsel listed on signature page)

**UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION**

| | |
|---|---|
| THE CITY OF SEATTLE, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>DEPARTMENT OF HOMELAND SECURITY, ALEJANDRO N. MAYORKAS[1], TRACY L. RENAUD, and UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES *et al.*,<br><br>Defendants. | Case No. 3:19-cv-07151-MMC<br><br>**JOINT STATUS REPORT; [PROPOSED] ORDER** |

Plaintiffs the City of Seattle, Immigrant Legal Resource Center, Catholic Legal Immigration Network, Inc., Self-Help For The Elderly, OneAmerica, and Central American Resource Center of California

---

[1] Alejandro N. Mayorkas and Tracy L. Renaud have been substituted for Chad Wolf and Kenneth T. Cuccinelli, respectively, as defendants in this case pursuant to Rule 25(d) of the Federal Rules of Civil Procedure.

(collectively, "Plaintiffs"), and Defendants the U.S. Department of Homeland Security ("DHS"), U.S. Citizenship and Immigration Services ("USCIS"), Secretary of Homeland Security Alejandro N. Mayorkas, and USCIS Senior Official Performing the Duties of the Director Tracy L. Renaud (collectively, "Defendants") respectfully submit this Joint Status Report pursuant to the Court's Order of November 16, 2020, ECF No. 88. The parties report as follows:

1. On February 2, 2021, the President signed Executive Order 14,012, "Restoring Faith in Our Legal Immigration Systems and Strengthening Integration and Inclusion Efforts for New Americans," 86 Fed. Reg. 8,277 (Feb. 5, 2021) (the "EO"), attached hereto as Exhibit.

    a. Section 5(a) of the EO states that states that certain government officials, including the Secretary of Homeland Security shall "within 60 days of the date of this order, develop a plan describing any agency actions, in furtherance of the policy set forth in section 1 of this order, that they will take to: . . . (iii) make the naturalization process more accessible to all eligible individuals, including through a potential reduction of the naturalization fee and restoration of the fee waiver process." Section 5(b) of the EO further states that the same government officials "[w]ithin 180 days of the issuance of the plan developed pursuant to subsection (a) of this section . . . shall submit a report to the President describing the progress in implementing the plan, any barriers to implementing the plan, and any additional areas of concern that should be addressed to ensure that eligible individuals are able to apply for naturalization in a fair and efficient manner."

    b. Additionally, Section 3(a)(ii) of the EO identifies the final rule, U.S. Citizenship and Immigration Services Fee Schedule and Changes to Certain Other Immigration Benefit Request Requirements, 85 Fed. Reg. 46,788 (Aug. 3, 2020), the publication of which the parties notified this Court in their August 17, 2020 Joint Status Report, *see* ECF No. 83, and states that certain government officials, including the Secretary of Homeland Security shall "recommend steps, as appropriate and consistent with applicable law, to revise or rescind those agency actions." Section 3(b) further states that the same government officials "[w]ithin 90 days of the date of this order . . . shall each submit a plan to the President describing the steps their respective agencies will take to advance the policy set forth in section 1 of this

order." Finally, Section 3(c) states that the same government officials "[w]ithin 180 days of submitting the plan described in subsection (b) of this section . . . shall each submit a report to the President describing the progress of their respective agencies towards implementing the plan developed pursuant to subsection (b) of this section and recognizing any areas of concern or barriers to implementing the plan."

2. In light of the Order Granting Plaintiffs' Motion for Nationwide Preliminary Injunction, ECF No. 65, and the EO, and in the interests of judicial economy, the parties have conferred and agreed to jointly request that the Court stay this case, with all proceedings held in abeyance, to allow defendant the Secretary of Homeland Security to undertake the review contemplated by the EO. All parties agree that the preliminary injunction issued pursuant to this Court's Order on December 11, 2019, ECF No. 65, remains in place and are not asking the Court to modify it at this time.

3. Additionally, the parties have conferred and agreed to jointly request that, should the case be stayed to allow defendant the Secretary of Homeland Security to undertake the review contemplated by the EO, the parties be permitted to file a joint status report on or before May 13, 2021, indicating whether this case and all proceedings should continue to be held in abeyance or proposing a schedule for continuing the litigation.

Dated:  February 12, 2021                              Respectfully submitted,

BRIAN M. BOYNTON
Acting Assistant Attorney General

BRIGHAM J. BOWEN
Assistant Branch Director
Federal Programs Branch

 /s/ Julie Straus Harris 
JULIE STRAUS HARRIS
DC Bar No. 1021298
Senior Trial Counsel
CHARLES E.T. ROBERTS
PA Bar No. 326539
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street NW

Washington, DC 20530
Tel: (202) 353-7633
Fax: (202) 616-8470
Email: julie.strausharris@usdoj.gov

*Attorneys for Defendants*

PROTECT DEMOCRACY PROJECT

By:   /s/ *Jessica Marsden*
Jessica Marsden (*pro hac vice*)
jess.marsden@protectdemocracy.org
510 Meadowmont Village Circle, No. 328
Chapel Hill, North Carolina 27517
Telephone: (202) 579-4582
Facsimile: (929) 777-8428

Brittany M. Williams (*pro hac vice*)
brittany.williams@protectdemocracy.org
1900 Market Street, 8th Floor
Philadelphia, PA 19103
Telephone: (202) 579-4582
Facsimile: (929) 777-8428

Benjamin Berwick (*pro hac vice*)
ben.berwick@protectdemocracy.org
15 Main St., Suite 312
Watertown, Massachusetts 02472
Telephone: (202) 579-4582
Facsimile: (929) 777-8428

Rachel Goodman (*pro hac vice*)
rachel.goodman@protectdemocracy.org
115 Broadway, 5th Floor
New York, New York 10006
Telephone: (202) 579-4582
Facsimile: (929) 777-8428

MAYER BROWN LLP

Lauren R. Goldman (*pro hac vice*)
Matthew D. Ingber (*pro hac vice*)
Niketa K. Patel (*pro hac vice*)
Maura K. McDevitt (*pro hac vice*)
Nicolas E. Rodriguez (*pro hac vice*)
Luc W. M. Mitchell (*pro hac vice*)
mingber@mayerbrown.com
lgoldman@mayerbrown.com
npatel@mayerbrown.com

mmcdevitt@mayerbrown.com
nerodriguez@mayerbrown.com
lmitchell@mayerbrown.com
1221 Avenue of the Americas
New York, New York 10020-1001
Telephone: (212) 506-2500
Facsimile: (212) 849-5973
Lee H. Rubin (CA Bar No. 141331)
lrubin@mayerbrown.com
Two Palo Alto Square, Suite 300
Palo Alto, California 94306
Telephone: (650) 331-2037
Facsimile: (650) 331-4537

ASIAN AMERICANS ADVANCING JUSTICE | AAJC

Niyati Shah (*pro hac vice*)
Marita Etcubanez (*pro hac vice*)
nshah@advancingjustice-aajc.org
metcubanez@advancingjustice-aajc.org
1620 L Street, NW, Suite 1050
Washington, D.C. 20036
Telephone: (202) 815-1098
Facsimile: (202) 296-2318

PETER S. HOLMES
Seattle City Attorney

Erica R. Franklin (*pro hac vice*)
Assistant City Attorney
erica.franklin@seattle.gov
Seattle City Attorney's Office
701 Fifth Avenue, Suite 2050
Seattle, Washington 98104
Telephone: (206) 684-8200
Facsimile: (206) 684-8284

*Attorneys for Plaintiffs*

## LOCAL RULE 5-1(i) ATTESTATION

I attest that I have obtained Jessica Marsden's concurrence in the filing of this document.

                                     */s/ Julie Straus Harris*
                                         JULIE STRAUS HARRIS

**[PROPOSED] ORDER**

IT IS SO ORDERED. This case shall be stayed, with all proceedings held in abeyance, to allow defendant the Secretary of Homeland Security to undertake the review contemplated by Executive Order 14,012, "Restoring Faith in Our Legal Immigration Systems and Strengthening Integration and Inclusion Efforts for New Americans," 86 Fed. Reg. 8,277 (Feb. 5, 2021), signed by the President on February 2, 2021. Further, on or before May 13, 2021, the parties shall file a joint status report indicating whether this case and all proceedings should continue to be held in abeyance or proposing a schedule for continuing the litigation.

Date: February 12, 2021

_____
HONORABLE MAXINE M. CHESNEY
United States District Judge