BRETT A. SHUMATE
Assistant Attorney General
ANDREW WARDEN
Assistant Branch Director
JAMES BICKFORD (NY Bar No. 5163498)
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street NW
Washington, DC 20530
(202) 305-7632
James.Bickford@usdoj.gov

*Attorneys for Defendants*

Niyati Shah (pro hac vice)
Asian Americans Advancing Justice-AAJC
1620 L Street, NW Suite 1050
Washington, D.C. 20036
Telephone: (202) 815-1098
Facsimile: (202) 296-2318
nshah@advancingjustice-aajc.org

*Attorneys for Plaintiffs*

(Additional counsel listed on signature page)

**UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION**

| | |
|---|---|
| THE CITY OF SEATTLE, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>DEPARTMENT OF HOMELAND SECURITY, KRISTI NOEM, JOSEPH B. EDLOW, and UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES *et al.*,<br><br>Defendants.[1] | Case No. 3:19-cv-07151-MMC<br><br>**JOINT STATUS REPORT; [PROPOSED] ORDER** |

Plaintiffs the City of Seattle, Immigrant Legal Resource Center, Catholic Legal Immigration Network, Inc., Self-Help For The Elderly, OneAmerica, and Central American Resource Center of California

---

[1] Pursuant to Fed. R. Civ. P. 25(d), Kristi Noem, the Secretary of Homeland Security, and Joseph B. Edlow, the Director of United States Citizenship and Immigration Services, are automatically substituted as Defendants in place of their predecessors.

(collectively, "Plaintiffs"), and Defendants the U.S. Department of Homeland Security ("DHS"), U.S. Citizenship and Immigration Services ("USCIS"), Secretary of Homeland Security Kristi Noem, and USCIS Director Joseph B. Edlow (collectively, "Defendants") respectfully submit this Joint Status Report. The parties report as follows:

1. As explained in the parties' February 12, 2021 joint status report, ECF No. 89, Executive Order 14,012, "Restoring Faith in Our Legal Immigration Systems and Strengthening Integration and Inclusion Efforts for New Americans," 86 Fed. Reg. 8,277 (Feb. 5, 2021) (the "EO"), directed defendant the Secretary of Homeland Security to undertake a review of, among other things, the 2020 Final Rule and the fee waiver process at issue in this litigation.

2. Defendants published on January 4, 2023 a Notice of Proposed Rulemaking ("NPRM") proposing a new fee rule that would adjust USCIS fees and the USCIS fee waiver policy. *See* 88 Fed. Reg. 402.

3. On January 31, 2024, Defendants published a final rule, "U.S. Citizenship and Immigration Services Fee Schedule and Changes to Certain Other Immigration Benefit Request Requirements," 89 Fed. Reg. 6194 (Jan. 31, 2024) ("2024 Final Rule"). The 2024 Final Rule went into effect on April 1, 2024, and replaced the 2020 Final Rule in its entirety.

4. The 2024 Final Rule is being challenged in *Moody v. Mayorkas*, No. 1:24-cv-00762-CNS (D. Colo. Mar. 19, 2024), and *Civitas Capital Management, LLC v. Mayorkas*, No. 3:24-cv-00984-L (N.D. Tex. Apr. 22, 2024). Merits briefing in those cases was completed in December 2024 and January 2025, respectively.

5. Because the 2024 Final Rule has gone into effect and superseded the 2020 Final Rule, Defendants believe this case is now moot, notwithstanding the ongoing litigation in *Moody* and *Civitas*.

6. Plaintiffs believe that, in light of the pending challenges to the 2024 Rule, the case is not yet moot.

7. Nevertheless, the parties have conferred and agree that, to conserve the parties' and the Court's resources, this case should continue to be held in abeyance. The parties jointly request that the Court continue to hold this case and all proceedings in abeyance, and that the parties be permitted to file a joint status report by February 13, 2026, indicating whether this case and all proceedings should continue to be held in abeyance or proposing a schedule for continuing the litigation.

| | |
|---|---|
| Dated: August 13, 2025 | Respectfully submitted, |
| | BRETT A. SHUMATE<br>Assistant Attorney General |
| | ANDREW WARDEN<br>Assistant Branch Director<br>Federal Programs Branch |
| | */s/ James Bickford*<br>JAMES BICKFORD<br>NY Bar No. 5163498<br>Trial Attorney<br>U.S. Department of Justice<br>Civil Division, Federal Programs Branch<br>1100 L Street NW<br>Washington, DC 20530<br>(202) 305-7632<br>James.Bickford@usdoj.gov |
| | *Attorneys for Defendants* |
| | ASIAN AMERICANS ADVANCING JUSTICE | AAJC |
| | */s/ Niyati Shah*<br>Niyati Shah (*pro hac vice*)<br>Marita Etcubanez (*pro hac vice*)<br>nshah@advancingjustice-aajc.org<br>metcubanez@advancingjustice-aajc.org<br>1620 L Street, NW, Suite 1050<br>Washington, D.C. 20036<br>Telephone: (202) 815-1098<br>Facsimile: (202) 296-2318 |
| | PROTECT DEMOCRACY PROJECT |
| | Jessica Marsden (*pro hac vice*)<br>jess.marsden@protectdemocracy.org<br>510 Meadowmont Village Circle, No. 328<br>Chapel Hill, North Carolina 27517<br>Telephone: (202) 579-4582<br>Facsimile: (929) 777-8428 |
| | Brittany M. Williams (*pro hac vice*) |

brittany.williams@protectdemocracy.org
1900 Market Street, 8th Floor
Philadelphia, PA 19103
Telephone: (202) 579-4582
Facsimile: (929) 777-8428

Benjamin Berwick (*pro hac vice*)
ben.berwick@protectdemocracy.org
15 Main St., Suite 312
Watertown, Massachusetts 02472
Telephone: (202) 579-4582
Facsimile: (929) 777-8428

Rachel Goodman (*pro hac vice*)
rachel.goodman@protectdemocracy.org
115 Broadway, 5th Floor
New York, New York 10006
Telephone: (202) 579-4582
Facsimile: (929) 777-8428

MAYER BROWN LLP

Matthew D. Ingber (*pro hac vice)*
Niketa K. Patel (*pro hac vice)*
Maura K. McDevitt (*pro hac vice)*
Luc W. M. Mitchell (CA Bar No. 355909*)*
mingber@mayerbrown.com
npatel@mayerbrown.com
mmcdevitt@mayerbrown.com
lmitchell@mayerbrown.com
1221 Avenue of the Americas
New York, New York 10020-1001
Telephone: (212) 506-2500
Facsimile: (212) 849-5973

Lee H. Rubin (CA Bar No. 141331)
lrubin@mayerbrown.com
Two Palo Alto Square, Suite 300
Palo Alto, California 94306
Telephone: (650) 331-2037
Facsimile: (650) 331-4537

*Attorneys for Plaintiffs*

**LOCAL RULE 5-1(i) ATTESTATION**

I attest that I have obtained Niyati Shah's concurrence in the filing of this document.

*/s/ James Bickford*<br>JAMES BICKFORD

# [PROPOSED] ORDER

IT IS SO ORDERED. This case shall be stayed, with all proceedings held in abeyance, for the reasons provided in the parties' Joint Status Report dated August 13, 2025. The parties shall file a joint status report on or before February 13, 2026, indicating whether this case and all proceedings should continue to be held in abeyance or proposing a schedule for continuing the litigation.

Date: October 3, 2025

_____
HONORABLE MAXINE M. CHESNEY
United States District Judge